NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN DOUGLAS DIAMOND,**
*Plaintiff-Appellant,*

AND

**ZAIDA GOLENA DEL ROSARIO,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5036

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0358, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

The appellants, Norman Douglas Diamond and Zaida Golena Del Rosario, submit a motion entitled "Motion for Extensions of Time to File Reply Briefs and Other Events."

The appellants do not specify any specific motion they request an extension of time to file a reply to, but instead seek an extension in case any future motion is submitted. The court deems it the better course to deny this request without prejudice to the appellants seeking a future extension to file a specific response if needed.  The court, however, will grant the motion to the extent that the appellants shall have 90 days from the date of service of the United States' brief to file their reply brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellants have 90 days from the date of service of the United States' brief to file their reply brief.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21